Form 6- Summ

# United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

In re **Joseph F Tripam    Dymphana E Tripam**,
Debtors

Case No. _____

Chapter  **7**

# SUMMARY OF SCHEDULES
### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 0 | $ 260,000.00 | | |
| B - Personal Property | YES | 3 | $ 133,231.77 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 0 | | $ 215,018.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 47,000.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,431.94 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 4,889.79 |
| Total | | | $ 393,231.77 | $ 262,018.00 | |